FILED ___ ENTERED ___
LODGED ___ RECEIVED ___

JUL 7 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern District

| | | |
|---|---|---|
| STEPHEN L. McFARLAND | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. L-00-1229 |
| TOWN OF BRUNSWICK POLICE DEPT., et al. | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

Town of Brunswick Police Department and the Town of Brunswick, two of the Defendants, by ALLEN, JOHNSON, ALEXANDER & KARP, their attorneys, move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, that the Complaint be dismissed as to them for failure to state a claim upon which relief may be granted, as set forth more fully in the memorandum filed herewith.

*This motion is unopposed and is hereby granted this 6th day of July, 2000. Defendants Town of Brunswick and Town of Brunswick Police Department are hereby dismissed as parties.*

*Benson Legg*
*USDJ*

ALLEN, JOHNSON, ALEXANDER
& KARP

BY: _____
DANIEL KARP
Suite 1540
100 E. Pratt Street
Baltimore, Maryland 21202
(410) 727-5000
Attorneys for Defendant Town of Brunswick
Police Department and Town of Brunswick

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___15th___ day of May, 2000, a copy of Defendants Town of Brunswick Police Department's and Town of Brunswick's Motion to Dismiss was mailed first-class, postage prepaid to:

Mark R. Millstein, Esquire
110 E. Lexington Street
Suite 430
Baltimore, Maryland 21202

Stephen S. Millstein, Esquire
111 14th Street
Suite 1000
Washington, D.C. 20005

_____
Of Counsel for Defendants Town of Brunswick Police Department and Town of Brunswick

2