```
                    FILED
              U.S. DISTRICT COURT
            DISTRICT OF MARYLAND

              2000 SEP 26  P 1:08
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern District    AT BALTIMORE

```
                                                    DEPUTY
```

| | | |
|---|---|---|
| STEPHEN L. McFARLAND | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. L-00-1229 |
| TOWN OF BRUNSWICK POLICE DEPT., et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendants Dennis Wilson and Michael Figgins Motion for Leave to Depose an Inmate, good cause therefor having been shown, it is this 25TH day of SEPT, 2000, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants' Motion be and is hereby **GRANTED**, and that Defendants have leave of court to depose Plaintiff Stephen L. McFarland in the Frederick County Detention Center on October 17 or 18, 2000, or on such other date that as may be agreed to among the parties and Major Robert L. Green.

_____
Judge
United States District Court Judge