✓

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND, NORTHERN DISTRICT

STEPHEN L. McFARLAND :

    Plaintiff, :

vs. : Case No: L-00-1229

THE TOWN OF BRUNSWICK :
POLICE DEPARTMENT, et. al.

    Defendants. :

## ORDER

Upon reviewing Plaintiff's Motion for Additional Time to Respond to Defendant Figgins' Motion for Summary Judgment, it is this 2nd day of January, 2000, hereby ordered as follows:

Plaintiff shall have ~~an additional thirty (30) days~~ UNTIL FEBRUARY 2, 2001 to respond to Defendant's Motion.

It is so Ordered.

_____
Judge, United States District Court for the
Northern District of Maryland

