IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEPHEN L. McFARLAND           :
                               :
    v.                         :    CIVIL NO. L-99-3418
                               :
MICHAEL ALLEN FIGGINS, JR.,    :    L-00-1229
    et al.                     :

### ORDER

During the pre-trial conference held on Friday, May 18, 2001, Barry J.C. Kissin, counsel for plaintiff Stephen L. McFarland, notified the Court that his client wished to drop his case against Defendant Michael Allen Figgins.

Accordingly, Plaintiff's Complaint against Defendant Michael Allen Figgins is hereby DISMISSED WITH PREJUDICE. Defendant Michael Allen Figgins' Motion for Summary Judgment (Docket # 18) shall also be DENIED as MOOT.

IT IS SO ORDERED this 21st day of May, 2001.

_____
Benson Everett Legg
United States District Judge

22