IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEPHEN L. MCFARLAND        *
    Plaintiff
                                 *

v.                          *   Case No. L-00-1229
                                 *

DENNIS WILSON
    Defendant            ******

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant against the Plaintiff, it is this 6TH day of June, 20 01,

**ORDERED,**

1. Judgment is entered in favor of Defendant against Plaintiff, with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.



HONORABLE BENSON EVERETT LEGG
United States District Judge

JUN -7

U.S. District Court (Rev. 12/2000) - Order of Judgment (in favor of Defendant)