UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

July 2, 2001

_____FILED   _____ENTERED
_____LODGED  _____RECEIVED

Barry J.C. Kissin, Esq.
148 W. Patrick Street
Frederick, Maryland 21701

JUL - 3 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Mark R. Millstein, Esq.
110 E. Lexington Street, #210
Baltimore, Maryland 21202

    Re:    Stephen L. McFarland v.
             Town of Brunswick, et al.
             Civil #L-00-1229

Dear Messrs. Kissin and Millstein:

    Enclosed is a copy of a letter from your client. Please remind your client that any communication to the Court must be made directly through counsel.

                      Very truly yours,

                      Benson Everett Legg

Enclosure

c:    (w/enclosure)
     Daniel Karp, Esq.
     Court file

The Honorable: Benson E. Legg, U.S. District Judge
United States District Court, District of Maryland
101 West Lombard Street, Baltimore, MD. 21201


Dear Judge Legg,

Just a few lines to let you know that I appreciate your fairness in overseeing my trial and ensuring that not (too) much of my past was brought to light, which would have brought much bias.

However, as I think you very well know the decision reached by the jury in my case was wrong, justice was **not** served. Every word of my testimony was true. I was forthright and did not embellish or shade my responses. I was beaten by Off. Wilson just as I described. Off. Figgins' every reaction was exactly as I testified.

I have lost everything as a result of 11-15-98, all worldly possessions, dire straits, no home, nothing. My psychological well-being has been further compromised, compromised so much that I suffer from severe depression. Yes, I realize the courts view this claim as: "How can one truly determine just how much trauma the incident of 11-15 had on Steve when he has had so many encounters"? Well Judge, I can differentiate, and say with certainty that the incident of 11-15 has had a profound effect on my psyche.

The "good guys" committed crimes, did enormous wrong; perjured reports testimony, fraud, conspiracy, assault & battery and other unspeakable & horrendous acts and got away with it. The "bad guy" got screwed and he told the "truth", laid it all on the line!

Now before I close I must inform you of something which I believe deserves your attention, and I also must ask a favor, or for your help.

As you know M. Figgins one of the officers involved was deposed by Mr. Milstein in November, 2000 months before I got Att. Kissin involved.

(SEE PG. TWO)

Pg. two (of) 2

In January, 2001 I finally obtained a copy of Off. Figgins' deposition learning he had been an employee of Tim May Investigators here in Fred. At this same time I began relating the entire story of 11-15-98 to Correctional Off. Richard Fredericks himself an employee of Tim May Investigators (in N Correctional Off. Fredericks suggested I contact Tim May who had been chief police in Brunswick and who M. Figgins had become very good friends with.

I contacted Tim while Off. Fredericks put in a good word for me. I hired T.S. May Investigators in late February and I had contact with Tim May, Jeff Stein, and George Ballou up until my trial and once during the trial. In any event a deal was struck; I would drop Figgins as a defendant, Figgins would tell "some of the story"(or) testify favorably for me.

Then Att. Kissin came into the case and negotiated directly with the above-named investigators. An agreement was supposedly worked out where Att. Kissin would ask specific questions such as: "Did Off. Wilson attempt to engage in a cover-up". The answer was to be affirmative, but if you recall Figgins denied this at trial. Att. Kissin engaged in no wrongdoing, he never spoke to Off. Figgins. The arrangements were made by Off. Figgins and Tim May.

I want you to know these facts Judge Legg because I want you to know how bad I got screwed. Figgins supposedly told Tim May in detail what transpired on 11-15, but did (not) testify to this extent at trial.

Lastly, I wish you to know that I will soon be submitting a petition for post-conviction relief attempting to get a new trial, commutation of sentence etc., and I would greatly appreciate it if you felt you could contact the State's Att., Judges for Circuit Court here in Frederick recommending leniency and relief for me. Att. Kissin caught Off. Wilson in lies, he was found to secure and sustain the charges against me, an issue I ...

Please help me Your Honor I badly need it!

Stephen M'Cabe